IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY ADALIUS SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-216-WHA |
| ) | (WO) |
| ) | |
| NURSE TERRY, a.k.a., Terri Denise Hay, ) | |
| and DR. GURLEY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the court on the Recommendation of the Magistrate Judge filed on August 15, 2016 (Doc. #29). There being no timely objection to the Recommendation, and after an independent review of the file, it is hereby ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' Motion for Summary Judgment is GRANTED.

3. Judgment is GRANTED in favor of the defendants.

4. This case is DISMISSED with prejudice.

5. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE this 14th day of September, 2016.

                                        /s/  W. Harold Albritton
                              SENIOR UNITED STATES DISTRICT JUDGE